**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 292 EAL 2015
:
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
JUAN SMITH, :
:
            Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.